IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                              MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                                ORDER

This Document Relates To:

05-2325 VRW
_____/

     Plaintiff is ORDERED TO SHOW CAUSE in writing, not to exceed 10 pages, why defendant US Airways should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW Doc #151). Plaintiff's writing is due on or before June 27, 2005.

     IT IS SO ORDERED.

                                             /s/ Vaughn R Walker

                                         VAUGHN R WALKER

                                         United States District Chief Judge

United States District Court
For the Northern District of California