United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS ORDER

This Document Relates To:

05-2325 VRW
_______________________________/

On June 13, 2005, the court ordered plaintiff to show cause why defendant US Airways should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW Doc #151), Doc #4 (OSC). Plaintiff filed his response on June 24, 2005. Doc #8. Plaintiff asserts that the Supreme Court's decision in Bates v Dow Agrosciences, LLC, 125 S Ct 1788 (2005), compels a different result from the one reached in the court's March 11, 2005, preemption order. OSC at 2-3. The court has already rejected this contention. (04-1606 Doc #194).

//

//

//

United States District Court
For the Northern District of California

Accordingly, all claims against defendant US Airways are dismissed with prejudice.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge