LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575



IT IS SO ORDERED
Judge Vaughn R Walker
March 4, 2008

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN Re:
DEEP VEIN THROMBOSIS

MDL Docket No. 04-1606 VRW

This Document Relates to:

**STIPULATION OF DISMISSAL**

*Moyer v. U. S. Airways, Inc.;*
Case No. C05-2325

_____/

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: January 30, 2008

_____
James Moyer

-1-
STIPULATION TO DISMISSAL

-2-

Dated: January 2/14, 2008          O'REILLY & DANKO

                                   By /s/ Michael S. Danko
                                   Michael S. Danko
                                   Attorneys for Plaintiff Moyer


                                   KENNEY & MARKOWITZ LLP

Dated: January ___, 2008           By _____
                                   Stephen C. Kenney
                                   Attys. for U.S. Airways, Inc.

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

STIPULATION TO DISMISSAL

1

2   Dated: January ___, 2008                    O'REILLY & DANKO

3
                                                By _____
4                                                  Michael S. Danko
                                                   Attorneys for Plaintiff Moyer
5

6

7                                               KENNEY & MARKOWITZ LLP

8

9   Dated: February 25, 2008                    By _____
                                                   Samantha Davies Hilton, Esq.
10                                                 Attys. for U.S. Airways, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                                                              -2-
                                                                  STIPULATION TO DISMISSAL
                                                                  *Moyer v. U. S. Airways, Inc.*

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 340
SAN MATEO, CA 94403
TELEPHONE (650) 358-3901